UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TABATHA HUTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-CV-048 |
| | ) | Judge Phillips |
| CONCORD CHRISTIAN SCHOOL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Due to conflicts with the Court's criminal docket, this case cannot be tried on the existing trial date. It is therefore **ORDERED** that this civil action is **RESET FOR TRIAL** on **Tuesday, December 3, 2019, at 9:00 a.m. in Knoxville**. The final pretrial conference is **RESET** for Wednesday, November 13, 2019, at 11:00 a.m. in Knoxville. The scheduling order remains in effect, and all pretrial deadlines contained in that order that were pending as of the entry of this order are continued to conform to the new trial date.

**IT IS SO ORDERED.**

                   ENTER:

              s/ Thomas W. Phillips
            SENIOR UNITED STATES DISTRICT JUDGE