IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| TABATHA HUTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-CV-48 |
| | ) | |
| CONCORD CHRISTIAN SCHOOL, LLC., | ) | |
| and FIRST BAPTIST CONCORD | ) | |
| FOUNDATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, defendants' motion for summary judgment [doc. 27] is **GRANTED**. This case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

ENTER:

   s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *John L. Medearis*
  CLERK OF COURT